**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6684**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAY BONANZA BRILEY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:12-cr-00482-LO-1)

Submitted:  September 28, 2017                    Decided:  October 3, 2017

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jay Bonanza Briley, Appellant Pro Se.  Kellen Sean Dwyer, Rosanne Cannon Haney, David Sang Hak Lee, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Bonanza Briley appeals the district court's order denying his motions for a reduction in sentence, for summary judgment, and for production of sealed records for use in his civil case, and granting the Government's motion to seal an exhibit Briley filed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Briley*, No. 1:12-cr-00482-LO-1 (E.D. Va. filed May 16, 2017; entered May 17, 2017). We deny Briley's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*